NO. 07-12-0221-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL C
 
 AUGUST 10, 2012
 
 ______________________________
 
 
 GREGG DAVID MCCAIN, APPELLANT
 
 V.
 
 THE STATE OF TEXAS, APPELLEE
 
 
 _________________________________
 
 FROM THE 242[ND] DISTRICT COURT OF SWISHER COUNTY;
 
 NO. B 4406-11-09; HONORABLE ED SELF, JUDGE
 
 _______________________________
Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.
 MEMORANDUM OPINION
Following a guilty plea, Appellant was convicted of driving while intoxicated, enhanced, and punishment was assessed by the trial court at twelve years confinement and a $1,000 fine. The Trial Court's Certification of Defendant's Right to Appeal filed in the case reflects that Appellant's case is a plea-bargained case with no right of appeal. The certification notwithstanding, Appellant filed a notice of appeal challenging his conviction.
 By letter dated July 20, 2012, this Court notified Appellant of the consequences of the certification and invited him to either file an amended certification showing a right to appeal or demonstrate other grounds for continuing the appeal on or before August 1, 2012. No response was filed. Because Appellant has failed to file an amended certification reflecting a right of appeal and has not shown good cause for continuing this appeal, we have no alternative but to dismiss the appeal based on the trial court's certification. See Tex. R. App. P. 25.2(d).
 Patrick A. Pirtle
 Justice
Do not publish.